IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SARA COLLINS,

    Plaintiff,

v.                                      CASE NO. 4:17cv349-RH/CAS

ELIZABETH BOYD and
L. HENRY,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 26. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed for failure to exhaust administrative remedies." The clerk must close the file.

SO ORDERED on September 4, 2018.

                                                s/Robert L. Hinkle
                                                United States District Judge